**MEMO ENDORSED**

# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

via ECF                                                                                     June 7, 2021

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007                                      Re: Bangkok Bangkok Import & Export Inc.
                                                        v. 2M Associates, Inc., SDNY 20-CV-10572

Dear Judge Wang:

    I represent the Defendant in the above-referenced action. This is to request adjournment of the Conference scheduled for June 9, 2021 at 3:00pm due to a conflict. This is the first request for adjournment of the Conference by either party.

    I had previously indicated that I was unavailable on the afternoon of June 9, 2021, and the scheduling of the Conference for such time was the result of an apparent miscommunication.

    I have consulted with opposing counsel, and Plaintiff's attorney consents to this request.

    Counsel for both parties have mutual availability for the afternoons of June 14, 2021 and June 15, 2021. We respectfully request that the Conference be re-scheduled to such time frame, or to the next convenient time for the Court.

Respectfully submitted,

/s/ Todd Wengrovsky

Todd Wengrovsky

cc: Hayes Young, Esq.
*Counsel for Plaintiff,* via ECF

**SO ORDERED:**

The June 9, 2021 is adjourned. The Conference has been rescheduled to June 30, 2021 at 12:00 p.m.

_____
Ona T. Wang                                               6/8/21
United States Magistrate Judge