UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                            :

BANGKOK BANGKOK IMPORT & EXPORT INC.,   :

                      Plaintiff,                   :                             20-CV-10572 (JMF)

                         -v-                        :                                  ORDER

2M ASSOCIATES, INC. et al.,                  :

                      Defendants.         :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The parties in this case were required to file a joint letter no later than July 1, 2021, the contents of which are described in the Civil Case Management Plan and Scheduling Order. *See* ECF No. 20, at 5-6. Moreover, the Court reminded the parties of their obligation in an Order entered on June 28, 2021. ECF No. 30. To date, the parties have not filed the required letter. They shall do so by **July 6, 2021**, or sanctions may be imposed. In light of the foregoing, the pretrial conference scheduled for July 6, 2021, is ADJOURNED to **July 8, 2021**, at **3:00 p.m.**

        SO ORDERED.

Dated: July 2, 2021
       New York, New York
                                                 JESSE M. FURMAN
                                               United States District Judge