UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BANGKOK BANGKOK IMPORT & EXPORT INC.,      :
:
                     Plaintiff,     :          20-CV-10572 (JMF)
:
      -v-         :          <u>ORDER</u>
:
2M ASSOCIATES, INC. et al.,      :
:
                     Defendants.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record at the teleconference held earlier today:

- Plaintiff's deadline to complete fact discovery is extended to **August 20, 2021.** (Defendants may not take any additional discovery.)  Unless and until the Court orders otherwise, Mr. Bah's deposition shall take place no later than **August 20, 2021.**  Plaintiff is granted **two additional hours** to depose Mr. Bah, in anticipation of a possible sanctions motion.  If the parties are unable to complete Mr. Bah's deposition by August 20th as a function of Mr. Bah's schedule, Defendants shall submit documentation of an immovable scheduling conflict alongside any letter-motion for an extension.  Further, failure to cure any remaining discovery deficiencies in advance of Mr. Bah's deposition will result in sanctions.

- Pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure, the Court awards Plaintiff attorney's fees for the time spent bringing its motion to compel filed at ECF No. 37.  The parties shall confer and endeavor to file a joint letter no later than **August 18, 2021,** regarding the amount of fees to be awarded.  If the parties are unable to agree, Plaintiff shall file a letter by that same date and shall attach billing records, and Defendants may respond within three business days of the filing of Plaintiff's letter.

- As stated in the Court's Order of July 14, 2021, the parties shall file a joint letter **within seven days** of the close of fact discovery, addressing whether either party intends to move for summary judgment and/or sanctions.  If any party intends to move for sanctions, the letter shall address the basis for such motion.  Motions for summary judgment or a Joint Pretrial Order will be due **within thirty days** of the close of fact

discovery, as will any motions for sanctions.

SO ORDERED.

Dated: August 12, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                         United States District Judge