UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BANGKOK BANGKOK IMPORT & EXPORT INC.,    :
:
                Plaintiff,    :        20-CV-10572 (JMF)
:
     -v-    :        ORDER
:
2M ASSOCIATES, INC. et al.,    :
:
               Defendants.    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Fact discovery in this case closed on August 20, 2021.  *See* ECF No. 40.  The parties were required to file a joint letter within seven days of the close of fact discovery — that is, by August 27, 2021 — addressing whether either party intends to move for summary judgment and/or sanctions.  *See id.*  To date, the parties have not filed their required joint letter.  As a courtesy, the relevant deadline is hereby EXTENDED, *nunc pro tunc*, to **September 1, 2021.**  Failure to comply with this Order may result in sanctions.  For avoidance of doubt, any motions for summary judgment and/or sanctions, or a proposed Joint Pretrial Order, remain due within thirty days of the close of fact discovery.  *See id.*; *see also* ECF No. 20.

      SO ORDERED.

Dated: August 30, 2021
       New York, New York
                                                        JESSE M. FURMAN
                                           United States District Judge