UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                               :

BANGKOK BANGKOK IMPORT & EXPORT INC.,   :

                                         :

                     Plaintiff,        :            20-CV-10572 (JMF)

                                         :

          -v-                          :             ORDER

                                         :

2M ASSOCIATES, INC. et al.,              :

                                         :

                   Defendants.     :

                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 4, 2021, Plaintiff filed a letter motion for sanctions against Defendants 2M Associates, Inc., and Alpha Bah.  Under S.D.N.Y.'s ECF Rules and Instructions and the Court's Individual Rules and Practices for Civil Cases, motions for sanctions must be made by formal motion, not by letter motion.  Accordingly, Plaintiff's motion is DENIED without prejudice to renewal by formal motion — not letter motion — by **October 18, 2021**; any opposition is due two weeks after the motion is filed; any reply is due one week after the opposition.  The deadline for the parties' Joint Pretrial Order remains **October 12, 2021.**  *See* ECF No. 47.

      The Clerk of Court is directed to terminate ECF No. 48.

      SO ORDERED.

Dated: October 6, 2021
      New York, New York

                                           JESSE M. FURMAN
                                  United States District Judge