**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

BANGKOK BANGKOK IMPORT & EXPORT INC.,



                Plaintiff,

-against-                                  20 **CIVIL** 10572 (JMF)

                                                     **JUDGMENT**

2M ASSOCIATES, INC. and ALPHA BAH,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 23, 2022, under the plain terms of the parties' settlement agreement, over which the Court has retained jurisdiction, Plaintiff is entitled to entry of a money judgment in the amount of $237,500.00. Defendants' letter (ECF No. 73) does not dispute that Defendants are in default or that, under the settlement agreement, Plaintiff is entitled to entry of money judgment; it merely asks the Court not to grant relief because a check was allegedly delivered on Friday. But as Plaintiff's counsel notes (ECF No. 74), payment in that form does not conform to the parties' agreement either. Accordingly, and given that this is Defendants' second default, Plaintiff's motion is GRANTED. Judgment is entered in Plaintiff's favor in the amount of $237,500.00.

**Dated:**  New York, New York

        February 23, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                  **BY:**

                                                                     **Deputy Clerk**